

NUMBER 13-12-00380-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **AUBREY THEODE F/D/B/A** | **Appellant,** |
| **HORN HEAVEN RANCH,** | |

**v.**

| | |
|---|---|
| **DIGITAL SIGN & LAMINATING, INC.,** | **Appellee.** |

**On appeal from the County Court at Law No. 1
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Perkes
Memorandum Opinion Per Curiam**

Appellant, Aubrey Theode f/d/b/a Horn Heaven Ranch, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Nueces County, Texas, in cause number 2011CCV-61635-1. The parties have filed a joint motion to dismiss the appeal

on grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of June, 2013.